FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP -8 AM 9: 39

CLERK. SMcCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY BURNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-105 |
| ) | |
| LOGAN MARSHALL, Sheriff of McDuffie ) | |
| County, and THURBERT E. BAKER, ) | |
| Attorney General of the State of Georgia ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff is **DENIED** leave to proceed *in forma pauperis* (doc. no. 2), and this case is **DISMISSED**.

SO ORDERED this 8th day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE